**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7500**

RICHARD T. MAYS,

               Plaintiff – Appellant,

     v.

KEITH WHITENER, Superintendent; DANNY FREEMAN, Unit
Manager; TONI BANKS, Assistant Unit Manager,

               Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.   Frank D. Whitney,
Chief District Judge. (1:14-cv-00268-FDW)

Submitted: February 16, 2016     Decided: February 23, 2016

Before KEENAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard T. Mays, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard T. Mays appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mays v. Whitener, No. 1:14-cv-00268-FDW (W.D.N.C. Apr. 28, 2015). We deny Mays' motion for injunction, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED